

**JOHN M. BAILEY**
CHIEF JUSTICE

**W. STACY TROTTER**
JUSTICE

**W. BRUCE WILLIAMS**
JUSTICE

# Court of Appeals
## Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

June 24, 2021

**CHERYL BUSK**
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
cheryl.busk@txcourts.gov
www.txcourts.gov/11thcoa

John W. Stickels
Stickels & Associates, P.C.
P. O. Box 121431
Arlington, TX 76012
* DELIVERED VIA E-MAIL *

Russell D. Thomason, District Attorney
Eastland County Courthouse
100 West Main, Suite 204
Eastland, TX 76448
* DELIVERED VIA E-MAIL *

Paul W. Lewallen, Assistant
100 W Main St #102
Eastland, TX 76448
* DELIVERED VIA E-MAIL *

**RE:**  Appellate Case Number:  11-21-00083-CR
Trial Court Case Number:    25665
**Style:**  Yahel Eliyah McDaniel v. The State of Texas

The Court has this day issued an order in the above cause.

Attached is a copy of the Court's order.

Respectfully yours,

Jayla McClure, Deputy Clerk

cc:  District Clerk - Eastland County (DELIVERED VIA E-MAIL)
Kim Cherry, Court Reporter (DELIVERED VIA E-MAIL)
Steven R. Herod, Judge (DELIVERED VIA E-MAIL)